John L. Burris, SBN 69888
Ben Nisenbaum, SBN 222173
James Cook, SBN 300212
THE LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
TEL: (510) 839-5200
FAX: (510) 839-3882

Attorneys for Plaintiffs

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: (916) 929-1481
FAX: (916) 927-3706

Bruce S. Alpert, County Counsel
OFFICE OF COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891

Attorneys for Defendants, COUNTY OF BUTTE, MATT KEELING, BRIAN EVANS, ROBERT ALLEN, and BENJAMIN CORNELIUS

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SMITH, individually and as joint successor-in-interest to Decedent CORY BUSH; M.B., a minor, individually and as joint successor-in-interest to Decedent CORY BUSH, through his Guardian Ad Litem, VICTORIA MOSELEY,<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF BUTTE, a municipal corporation; MATT KEELING, individually and in his capacity as a Sergeant for the COUNTY OF BUTTE; BRIAN EVANS, individually and in his capacity as a deputy sheriff for the COUNTY OF BUTTE; ROBERT ALLEN, individually and in his capacity as a deputy sheriff for the COUNTY OF BUTTE; BENJAMIN CORNELIUS, individually and in his capacity as a deputy sheriff for the COUNTY OF BUTTE and DOES 1-25, inclusive, individually, jointly and severally,<br><br>            Defendants.<br>_____/ | **Case No.: 2:15-cv-00988-KJM-CMK**<br><br>**JOINT STIPULATION TO EXTEND EXPERT DISCLOSURE AND REBUTTAL/SUPPLEMENTAL DEADLINE; [PROPOSED] ORDER**<br><br>Complaint Filed: 05/06/2015<br>Trial Date: 05/16/2017 |

{01550039.DOC}                         1
**JOINT STIPULATION TO EXTEND EXPERT DISCLOSURE AND REBUTTAL DEADLINE;**
**[PROPOSED] ORDER**

This Stipulation is entered into by and between Plaintiffs CATHERINE SMITH and M.B., a minor, by and through his Guardian Ad Litem, VICTORIA MOSELEY and Defendants COUNTY OF BUTTE, SERGEANT MATT KEELING, DEPUTY BRIAN EVANS, DEPUTY ROBERT ALLEN, and DEPUTY BENJAMIN CORNELIUS, through counsel of record. The Parties have conferred and agree to continue the expert disclosure date for 30 days, from May 27, 2016, to June 27, 2016, and the rebuttal/supplemental expert disclosure 30 days, from June 27, 2016 to July 27, 2016.

The parties have good cause to request an extension for the expert disclosure deadline because several key percipient witness depositions are being completed in May, 2016, and thus it is necessary to allow non-retained and retained experts additional time to review the depositions in this matter in preparing their written reports. The parties anticipate that they will rely on expert testimony at trial.

The parties stipulate to extend the expert disclosure date for 30 days to June 27, 2016. Accordingly, the time for the rebuttal/supplemental expert disclosure will need to be extended as well. The parties agree to July 27, 2016, as the date for the rebuttal/supplemental expert disclosure. The amended schedule also comports with the Federal Requirement that disclosures be made 90 days before trial. Fed. R. Civ. P. 26(a)(2)(D). Since trial is presently scheduled to commence on May 16, 2017, no other deadlines will be impacted by the stipulated modification.

**IT IS SO STIPULATED.**

Dated: May 9, 2016                     THE LAW OFFICES OF JOHN L. BURRIS

                                       By   /s/ Ben Nisenbaum (authorized 5/9/16) _
                                            John L. Burris
                                            Ben Nisenbaum
                                            James Cook
                                            Attorneys for Plaintiffs

Dated: May 10, 2016                    PORTER SCOTT
                                       A PROFESSIONAL CORPORATION


                                       By   /s/ Stephen E. Horan                    _
                                            Stephen E. Horan
                                            William E. Camy
                                            Attorneys for Defendants

{01550039.DOC}                                 2
**JOINT STIPULATION TO EXTEND EXPERT DISCLOSURE AND REBUTTAL DEADLINE;
[PROPOSED] ORDER**

# ORDER

Pursuant to the parties' stipulation, and good cause appearing:

1. The deadline for expert disclosures is continued to June 27, 2016; and
2. The deadline for rebuttal/supplemental expert disclosures is continued to July 27, 2016.

**IT IS SO ORDERED.**

DATED: May 16, 2016

_____
UNITED STATES DISTRICT JUDGE