# Roger Clark

Police Procedures Consultant, Inc.
10207 Molino Road. Santee, CA 92071
Phone: (208) 351-2458, Fax: (619) 258-0045
rclark9314@aol.com

## UPDATED LIST OF SWORN TESTIMONY FOR RULE 26

### June 25, 2012 to June 21, 2016
(Revised June 25, 2016)

**Deposition** June 25, 2012. Cessy Lauderdale v. City of Greenville, Texas and Dustin Ray. USDC (Northern District of Texas) Case No. Civil Action No: 3:10-CV-1462.

**Trial:** June 28, 2012. Donald Sanchez, et al, v. County of San Bernardino, et al. USDC Case No.: 2:10-cv-09384 MMM (Opx).

**Trial:** July 3, 2012. David Venegas, et al, v. Los Angeles County, et al. Superior Court, State of California (Los Angeles County), Case No. BC 207136.

**Deposition:** July 12, 2012. P. R., JR. (A Minor), Julie Rodriguez, v. County of Los Angeles, et al. USDC Case No. CV 11-03803 MMM (Ssx).

**Deposition:** July 17, 2012. Duvall Mariano, v. County of Los Angeles, et al. USDC Case No. CV11-5106 JAK (FFMx).

**Trial:** August 8, 2012. Estate of Manuel Jaminez Chum, et al, v. City of Los Angeles, et al. USDC Case No. CV10-8228 JHN (Ex).

**Trial:** July 20, 2012. Ivan E. Henriquez, v. City of Los Angeles, et al. USDC Case No. CV 10-3072.

**Deposition:** July 26, 2012, K.X.T. a minor, v. City of Orange, et al. Superior Court (Orange County) State of California Case No. 30-2011-00460392.

**Deposition:** July 30, 2012. Angel M. Mendez and Jennifer Lynn Garcia v. County of Los Angeles, et al. USDC Case No. CV 11-04771 850. JHN (Pjx).

**Trial:** August 3, 2012. People v. Abisai Antonio Rivera. Superior Court, State of California, County of Los Angeles, Case No. IWW04999.

**Trial:** August 7, 2012. John Franklin, v Jefferson County (Texas), et al., USDC (Beaumont Division, Texas) Case No. 1:09 cv-00931.

**Trial:** August 8, 2012.  Estate of Manuel Jaminez Chum, et al, v. City of Los Angeles, et al. USDC Case No. CV10-8228 JHN (Ex).

**Deposition:** August 9, 2012.  Asima Gul, et al. v.Garda CL West, Inc., et al., (AKA: Ajmal v Bank of the West).  Superior Court, State of California (San Joaquin County), Case No. 39-2010-00234481 CU-PO-STK.

**Deposition:** August 20, 2012.  Mohamad Harb, et al, v. City of Bakersfield, et al.  Superior Court, State of California (Kern County) Case No. S-1500-CV-265887-SPC.

**Deposition:** August 22, 2012.  Eugene Carl De Boise, Sr., et al. v. St. Louis County, Missouri, et al.  USDC Case No. 4:10CV818 TIA.

**Deposition:** August 29, 2012.  Jose Cortez v. County of Los Angeles, et al.  USDC Case No CV 11-03274 DDP (AGRx).

**Deposition:** September 4, 2012.  Erika Canas, et al., v. City of Sunnyvale, et al.  USDC Case No. C08-05771 THE.

**Deposition:** September 5, 2012.  Lea Riley, v. Orange County, et al.  USDC Case No. SACV 11-773 JST (Anx).

**Deposition:** September 6, 2012.  Robert Lee Woodard, v. City of Menlo Park, et al.  USDC Case No. C09-3331 SBA.

**Deposition:** September 7, 2012.  Steven Sevan Guidry v. City of Houston and Brenton Delon Green.  USDC Case No. H-11-1589.

**Trial:** September 13, 2012.  Erika Canas, et al., v. City of Sunnyvale, et al.  USDC Case No. C08-05771 THE.

**Trial:** September 21, 2012 and September 24, 2012.  Robert Lee Woodard, v. City of Menlo Park, et al.  USDC Case No. C09-3331 SBA.

**Deposition:** September 25, 2012.  Rohayent Gomez Eriza, a Minor, et al, v. City of Los Angeles, et al.  Superior Court, (Los Angeles County) State of California Case No. BC 453870.

**Trial:** September 26, 2012.  Jacque Cedric Noel v. City of Los Angeles, USDC Case No. CV10-04044.

**Deposition:** September 28, 2012 and September 29, 2012.  Robert E. Campbell, et al. v. City of Lubbock, Texas, et al.  USDC (Lubbock, Texas) Case No. 5:11-cv-00116-C.

**Deposition:** October 2, 2012. 819. Annette D. Montalvo et al, v. Los Angeles County, et al. Superior Court (Los Angeles County), State of California    Case No. TC023708.

**Deposition:** October 3, 2012. Chelsea Garrett, v. City of Stow, et al.  USDC Case No. 5:12-cv-404, JRA October 3, 2012.

**Deposition:**  October 11, 2012. Federico Cornejo, et al, v. County of Los Angeles, et al. USDC Case No. CV 12-3242 SVW (Shx).

**Deposition:**  October 15, 2012.  James Parker v. County of Los Angeles, et al.  USDC Case No. CV12-0064-SVW (FFMx).

**Deposition:**  October 16, 2012.  Elizabeth Escalante, v. City of Los Angeles, et al.  Superior Court (Los Angeles County), Case No. BC 452902.

**Deposition:**  October 17, 2012.  Eva Gutierrez and Dionicio Gutierrez v. County of Los Angeles, et al. USDC Case No. CV 10-07608 PSG (AJWx).
**Trial:**  October 18, 2012.  Cristina Ibarra, v. City of Los Angeles, et al.  Superior Court (Los Angeles County), State of California Case No. SC108224.

**Deposition:**  October 26, 2012.  Calvin Chang, v. The Regents of the University of California, Superior Court (Sacramento County), State of California Case No. Case No 34-2009-00033484.

**Trial:**  October 31, 2012.  Annette D. Montalvo et al, v. Los Angeles County, et al.  Superior Court (Los Angeles County), State of California, Case No. TC023708.

**Trial:**  November 1, 2012 and November 2, 2012.  Allen Harris, et al, v. City of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC451880.

**Deposition:**  November 8, 2012.  XYZ Distributors, Inc., et al, v. County of Los Angeles, et al. C.D. Cal. Case No. LA CV11-05301 JAK (FFMx).

**Deposition:**  November 15, 2012.  Grace Brown, v. Kern County, et al.  Superior Court, (Kern County) State of California, Case No. S-1500-CV-262127 SPC, Consolidated with Case No. S-1500-CV-262322 AEW.

**Trial:**  November 29, 2012.  Calvin Chang, v. The Regents of the University of California, Superior Court (Sacramento County) State of California Case No 34-2009-00033484.

**Trial:**  December 3, 2012.  Mohamad Harb, et al, v. City of Bakersfield, et al.  Superior Court, State of California (Kern County) Case No. S-1500-CV-265887-SPC.

**Deposition:** December 6, 2012.  Adrian Lamont McKoy, v. County of Los Angeles, et al.  Superior Court (Los Angeles County) Case No. BC462452.

**Trial** December 11, 2012.  Rohayent Gomez Eriza, a Minor, et al. v. City of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC 453870.

**Deposition:** December 18, 2012.  Elizabeth Escalante, v. City of Los Angeles, et al.  Case No. BC 452902.

**Deposition:** December 20, 2012.  June Elane Sylvester, v. County of Del Norte, et al.  USDC Case No. CV-11-01459 YGR.

**Deposition:** December 21, 2012.  Jermaine Montiel, v. City of San Jose, et al.  Case No. C 07 05490 HRL.

**Deposition:** December 27, 2012.  Serge LaPointe, v. County of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC473255.

**Deposition:** January 3, 2013.  Monica Del Castillo, et al., v. City of Santa Ana, et al.  Superior Court, State of California (Orange County) Case No. 30-2010-00383134, c/w Case No. 30-2010-000431249.

**Trial:** January 10, 2013.  Donald Sanchez, et al, v. County of San Bernardino, et al.  USDC Case No.: 2:10-cv-09384 MMM (Opx).

**Deposition.** January 14, 2013.  Julius Bilbrew v. City of Hawthorne, et al.  USDC Case No. CV11-8282 CBM (FMOx).

**Deposition:** January 16, 2013.  Douglas Zerby, et al. v. City of Long Beach, et al.  USDC Case No. SACV11-00536AG (RNBx)

**Deposition:** January 21, 2013.  Josie De La Rosa, v. LASD Deputy Javier Martinez.  LASD Case No. 11-CV-465 CSA (AGR).

**Trial:** January 22, 2013.  XYZ Distributors, Inc., et al, v. County of Los Angeles, et al.  C.D. Cal. Case No. LA CV11-05301 JAK (FFMx).

**Deposition:** January 25, 2013.  Wolfswinkel v. Arpaio, et al.  USDC (Arizona) CV-11-00116-PHX-NVW.

**Trial:** February 4, 2013.  Anita Lynette Wooten, v. City of Long Beach, et al.  Superior Court, State of California (Los Angeles County) Case No. NC 053151.

**Deposition:** February 6, 2013.  Kimberly Luong, et al., v. City and County of San Francisco et al., USDC Case No. C11-05661 MEJ.

**Deposition:** February 7, 2013.  A.M., a Minor, et al, v, Los Angeles County, et al.  USDC Case No. 2:11-cv-08297 JAK-PJW.

**Deposition:** February 8, 2013.  Lieu Thi Truong, et al, v. County of Sacramento, et al.  USDC Case No. 2:10-cv-00506 MCE-KJN.

**Deposition:** February 11, 2013.  Frederick Ortega v. City of Ontario, et al.  USDC Case No. EDCV 12-397 GAF (Opx).

**Deposition:** February 12, 2013.  Jesse Ray Lucas, v. City of Visalia, et al.  USDC Case No. CV 10-7608-PSG (AJWx).

**Deposition:** February 19, 2013.  Salvador Estrada Lua, v. County of Los Angeles, et al.  Superior Court (Los Angeles County), State of California Case No EC 054587.

**Deposition:** February 21, 2013.  Armando Castillo, et al, v. City of Los Angeles, et al.  USDC Case No. CV12-04498 JAK (JCGx).

**Deposition:** February 22, 2013.  Veth Mam, v. City of Fullerton, et al.  USDC Case No. SACV11-1242 JST (MLGx).

**Trial:** February 26, 2013. Elizabeth Escalante, v. City of Los Angeles, et al.  Case No. BC 452902.

**Trial.** February 27, 2013.  Angel M. Mendez and Jennifer Lynn Garcia v. County of Los Angeles, et al.  USDC Case No. CV 11-04771 850. JHN (Pjx).

**Deposition:** March 4, 2013.  969.  Jinny Lynn Pearce, v. County of Kern, et al.  USDC Case No. 1:11-CV-0604 AWI GSA.

**Deposition:** March 5, 2013.  Ada Morales Coto, v. Los Angeles County, et al.  Superior Court, State of California Case No. BC44905.

**Deposition:** March 6, 2013.  Naily Nida, et al. v. City of Downey, et al.  USDC Case # CV 12 - 01372 SJO (JEMx).

**Deposition:** March 13, 2013.  Raul Jesse Gonzalez Jr., v. City of Escondido, et al.  USDC Case No. 11-CV-2846-W (WVG).

**Deposition:** March 15, 2013.  Carole A. Cosentino, Ronald L. Bours, Estate of Steven M. Bours, et al. v. City of Downey, Christopher Kurtz, et al., USDC Case No. 2:11-CV-03206-GAF (SSx).

**Deposition:** March 18, 2013985. M.L., a Monor, et al., v. Los Angeles County, et al. Superior Court, State of California (Los Angeles County), Case No. VC 058338.

**Deposition:** March 20, 2013. Nora Manni, v. City of San Diego, et al. USDC Case No. 11 cv 0435 W (DHB).

**Trial:** March 23, 2013 and March 26, 2013 Douglas Zerby, et al. v. City of Long Beach, et al. USDC Case No. SACV11-00536AG (RNBx).

**Deposition:** March 25, 2013. Cindy Orellana, v. County of Los Angeles, et al. USDC Case File No. CV 12-1944 MMM (CWx).

**Trial:** March 27, 2013. Kimberly Luong, et al., v. City and County of San Francisco et al., USDC Case No. C11-05661 MEJ.

**Trial:** March 28, 2013. Carol Champommier, et al, v. United States of America, et al. USDC Case No. CVl1-3913 JHN (PJWx) [Consolidated with Case No. CV11-05486.

**Deposition:** April 2, 2013. Michael Foster and Kimberly Foster, v. County of San Diego, et al., USDC CaseNo. 11-CV-1953-H (BGS)

**Deposition:** April 8, 2013. Katie Rodriguez, v. County of San Bernardino, et al.. Superior Court, State of California, (San Bernardino County), Case No CIVVS 110.

**Deposition:** April 16, 2013. Elecia Holland, v. City and County of San Francisco, et al., Case No.: CV 10-2603 TEH.

**Trial:** April 17, 2013. Veth Mam, v. City of Fullerton, et al. USDC Case No. SACV11-1242 JST (MLGx).

**Deposition:** April 18, 2013. Javier Bravo, Hope Bravo and E.B. (a minor), v. City of Santa Maria, et al. USDC Case No. CV 06-06851 FMO (Shx).

**Deposition:** April 19, 2013. Sylvia Theresa Lopez, et al., v. Contra Costa County Sheriff's Department, et al., Case No. C11-02888.

**Deposition:** April 24, 2013, May 2, 2013, and May 7, 2013. The Estate of Anastacio Hernandez-Rojas, et al., v U. S. Customs and Border Protection, et al., Case No. 11-CV-0522-L NLS.

**Trial.** April 26, 2013. Elecia Holland, v. City and County of San Francisco, et al., Case No.: CV 10-2603 TEH.

**Deposition:** April 29. 2013.  Civil Action No. 4:11-CV-00882; Karen Echols, et al, v. Gardiner, et al.; In the United States District of the Southern District of Texas, Houston Division.

**Deposition:** May 1, 2013.  Robert Thomas Sr., et al, v. County of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. TC 025583.

**Deposition:** May 2, 2013.  David Bryant and Andrea Bryant, individually and as husband and wife v. The City of Goodyear, et al., Case No. 2:12-cv-00319-JAT.

**Trial:** May 3, 2013.  Kandace Simplis, et al, v. Culver City Police, et al.  USDC Case No.CV10-9497 JHN (MANx).

**Deposition:** May 6, 2013.  Alexander Perez Alvarado, a minor, et al., v. The City of Santa Ana, et al., Case No. 8:12-CV-00328-UA.

**Deposition:** May 14, 2013.  Lisa and Anthony ("A.J.") Demaree, et al, v. John Krause, et al. USDC (Arizona) Case No. CV 11-00046 PHX-ROS.

**Deposition:** May 24, 2013.  William Pitman, v. County of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC 472800.

**Deposition:** May 28, 2013.  Toby Jermaine Wilson v. City of Vallejo, et al.  USDC Case No. 2:12-cv-00547-JAM-CKD.

**Trial:** May 30, 2013 and May 31, 3013.  Robert Thomas Sr., et al, v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. TC 025583.

**Deposition:** June 3, 2013.  Maria Macias & Lidia Amesquita, v. City of Long Beach, et al. USDC Case No. cv-12-3113 PA (FFMx).

**Trial:** June 4, 2013.  Mashia McCraw-Lewis, et al, v. City of Los Angeles, et al.  Superior Court (Los Angeles County) Case No. BC 457859.

**Deposition:** June 5, 2013,  Bereket Demsse, v. City of San Diego, et al., USDC Case No.: 12-cv-0914-JM (WVG).

**Deposition:** June 10, 2013.  Ricky Diaz v. USA, et al. (San Ysidro Border Crossing).  USDC Case No. 11 cv 02028 IEG (POR).

**Deposition:** June 14, 2013.  Javier - Guerrero v. City of San Jose, et al. USDC Case No.: CV 12-03541 PSG.

**Deposition:** June 17, 2013. John Rogoff, v. County of San Bernardino, et al. USDC Case No. 2:12-cv-04218. DSF (Spx).

**Trial:** June 24, 2013. Salvador Estrada Lua, v. County of Los Angeles, et al. Superior Court (Los Angeles County), State of California Case No EC 054587.

**Deposition:** June 26, 2013. Sabrina Smith, et al., vs., County of San Diego, et al., USDC Case No.: CASE NO. 11cv0356-W(WVG)

**Deposition:** June 27, 2013. Elizabeth Nichols v. City of Portland, et al. USDC Case No. 3:13-CV-1889, MO.

**Trial:** July 2, 2013. Noreen Salinas, v. City of San Jose, et al. USDC Case No. C08-02625 RS.

**Deposition:** July 3, 2013. Gregory Williams, v. City of Merced, et al. Case No. 1:10-CV-1999 MJS.

**Trial:** July 9, 2013. Cindy Orellana, v. County of Los Angeles, et al. USDC Case File No. CV 12-1944 MMM (CWx).

**Trial:** July 10, 2013. Gregory Williams, v. City of Merced, et al. Case No. 1:10-CV-1999 MJS.

**Deposition:** July 16, 2013. Boris Bolshakov, v. San Mateo County, et al. Superior Court (San Mateo County), State of California Case No. CIV 515418.

**Trial:** July 19, 2013. Asima Gul, et al. v.Garda CL West, Inc., et al., (AKA: Ajmal v Bank of the West). Superior Court, State of California (San Joaquin County), Case No. 39-2010-00234481 CU-PO-STK.

**Deposition:** July 22, 2013. David Lee Turner Jr., et al., v. County of Kern, et al., Case No.: CV-01366-AWI-SKO.

**Trial:** July 23, 2013. Michael Foster and Kimberly Foster, v. County of San Diego, et al., USDC CaseNo. 11-CV-1953-H (BGS).

**Deposition:** July 29, 2013, Gregory L. Sullivan and Koji Fujita, v. City of San Rafael, et al., Case No.:C 12-1922 MEJ.

**Trial:** July 31, 2013. 962. John Young, v. Aron Wolfe, County of Los Angeles, et al. USDC Case No. 2:07-CV-3190 RSWL-RZx.

**Trial:** July 31, 2013.  Troy J. Dugan v. County of Los Angeles, et al. Case No. CV11-8145 ODW (Shx).

**Trial:** August 1, 2013.  Ricky Diaz v. USA, et al. (San Ysidro Border Crossing).  USDC Case No. 11 cv 02028 IEG (POR).

**Trial:** August 6, 2013.  Elizabeth Nichols v. City of Portland, et al.  USDC Case No. 3:13-CV-1889, MO.

**Trial:** August 14, 2013.  Jason Eugene Deocampo et al, v. City of Vallejo, et al., USDC Case No. 2:06-CV-01283, WBS-GGH.

**Deposition:** August 15, 2013.  Travis Mock v. City of Anaheim, et al., USDC Case No.: cv-829-CJC (MLGx).

**Deposition:** August 15, 2013.  Barbara Padilla, et al., v. City of Anaheim, et al., USDC Case No.: SACV12-622 JVS (JPRx).

**Deposition:** August 26, 2013.  Denise Monarque, as Personal Representative of the Estate of Richard Monarque, Deceased, v. The City of Rio Rancho, et al., Case No.: CV-2011-0135 MV/KBM.

**Deposition:** September 10, 2013.  Kristy Beets, et al, v. County of Los Angeles, et al, Superior Court (County of Los Angeles) Case No. KC 057667.

**Deposition:** September 16, 2013.  Brett Johnson, v. San Benito County, et al., Case No. CV 12-3691 LHK.

**Trial:** September 24, 2013.  Barbara Padilla, et al., v. City of Anaheim, et al., USDC Case No.: SACV12-622 JVS (JPRx).

**Trial:** September 26, 2013.  Eva Gutierrez and Dionicio Gutierrez v. County of Los Angeles, et al. Case No. CV 10-07608 PSG (AJWx).

**Deposition:** September 27, 2013.  Gregory Martinez, Sr., et al., vs City of Avondale, et al., Case No. CV-12-01837-PHX-LOA.

**Deposition:** October 4, 2013.  Jerrold Rosenblatt, v. City of Hillsborough, et al., USDC Case No. C12-5210 LB.

**Deposition:** October 7, 2013.  Estate of Kenneth Paul Munoz, Jr., et al, v. County of San Bernardino, et al.  USDC Case No.: CV-12-05604 DSF (PJWx).

**Deposition:**  October 11, 2013.  Jerry Newmaker and Susan Olesen, v. City of Fortuna, et al. USDC Case No. CV-12-4675-PJH.

**Deposition:**  October 14, 2013.  John Leroy Jones, et al., v. Las Vegas Metropolitan Police Department, et al., Case No. 12-CV-01636 MMD CWH.

**Deposition:**  October 18, 2013.  A.K.H. et al., v. City of Tustin, et al., Case No.: SACV 12-01547 JST (RNBx).

**Deposition:**  October 30, 2013..Eduardo Enrique Alegrett, v. City and County of San Francisco, et al., USDC Case No. C12-5538 MEJ.

**Deposition:**  November 13, 2013.  Semaj Randolph et al, v. Harold Thad Turner, et al., USDC Case No. 5:12-cv-3087 1028 MBS.

**Dposition:**  November 19, 2013.  David Dominquez Mendoza, et al., v. City of Peoria, et al., Case No.: CV-13-00258-PHX-NVW.

**Deposition:**  November 21, 2013.  Marie Sales, (Paul Quintanar), v. City of Tustin, et al. USDC Case No. SACV12-01834 CJC (MLGx).

**Deposition:**  November 26, 2013.  Ken Sheppard, v. County of Los Angeles, et al.  USDC Case No. 12-2392 CBM (PJWx).

**Deposition:**  December 2, 2013.  Estate of Manuel Diaz, Genevieve Huizar, v. City of Anaheim, et al.  USDC Case No. 12-01897 JVS (RNBx).

**Deposition:**  December 10, 2013.  Lydia Vasquez-Brenes and Ricardo Brenes, v Las Vegas Metropolitan Police Department.  USDC Case No.: 2:12cv1635-JCM-VCF.

**Deposition:**  December 19, 2013.  Celina, Sabrina and Valente Galindo IV, v. City of San Jose, et al.  USDC Case No. CV 13-0105 HRL.

**Deposition:**  December 23, 2013.  Rebeca Fajardo, v. City of El Centro, et al.  Case No. 3:12-cv-1521-GPC-PCL.

**Deposition**:  December 27, 2013.  Desmen Miller, v. Los Angeles County, et al.  USDC Case No. CV13-0024555.

**Deposition:**  January 8, 2014 and January 14, 2014.  Antione Leron Willis, v. Joseph Wagner, et al.  USDC (Illinois) Case No. 08 CV 01964.

**Trial:** January 9, 2014 & January 10, 2014.  Hugo Vanlid Sarmiento v. Orange County, et al.  USDC Case No. ASCV06-0586 DOC (Anx).

**Trial:** January 15, 2014.  John Rogoff, v. County of San Bernardino, et al.  USDC Case No. 2:12-cv-04218.  DSF (Spx).

**Deposition:** January 22, 2014,  Maureen Abston, et al. v. City of Merced, et al.  USDC Case No. 1:09-CV-00511 OWW GSA.

**Deposition:** January 24, 2014.  Scirocco Giles, v. Nicholas Ludwig, et al., USDC Case No. 12 C 6746.

**Trial:** January 28, 2014.  William E. Wilson, et al, v. Clackamas County et al.  Circuit Court (State of Oregon) Case No. 1204-04632.

**Deposition:** January 30, 2014.  Ammir Umar, v. City of San Jose, et al.  USDC Case No. CV12-6071 HRL.

**Deposition:** February 3, 2014.  891. Nathaniel Marshall, v. County of Los Angeles, et al.  Superior Court (Los Angeles County) Case No.  BC430969.

**Deposition:** February 7, 2014.  Christine Villegas, a minor et al., v. City of Anaheim, et al., Case No. 8-12-cv002013-CJC-AN.

**Deposition:** February 10, 2014.  Josh Lawson and Christopher Franklin, v. City of Seattle, et al., USDC Case No. 12-1994-MAT.

**Deposition:** February 12, 2014.  Abisai Antonio Rivera, Jr. v. David Avila, et al.  USDC Case No: CV13-01404.

**Deposition:** February 14, 2014.  Earl Brown, Sr. et al., v. City and County of San Francisco, et al., Case No. C11-02162LB.

**Trial:** February 20, 2014.  Maureen Abston, et al. v. City of Merced, et al.  USDC Case No. 1:09-CV-00511 OWW GSA.

**Deposition:** February 21, 2014.  Lee Lacy, v. Sergeant Elizabeth Palmer, et al., Case No. 12-CV-00624-MMA-JMS.

**Deposition:** February 24, 2014.  William Lee Muncy, et al., v. James R. Beutler, et al., Case No. 3:12-cv-804.

**Trial:** February 25, 2014.  Ken Sheppard, v. County of Los Angeles, et al.  USDC Case No. 12-2392 CBM (PJWx).

**Trial:** February 27, 2014. Estate of Manuel Diaz, Genevieve Huizar, v. City of Anaheim, et al. USDC Case No. 12-01897 JVS (RNBx).

**Trial:** March 3, 2014, March 5, & 6, 2014.  Shuja Sayed Ahmad, v. Arizona Department of Public Safety, et al., Superior Court (Maricopa County), State of Arizona, Case No. CV 2008-030707.

**Trial:** March 4, 2014.  David Lee Turner Jr., et al., v. County of Kern, et al., Case No.: CV-01366-AWI-SKO.

**Deposition:** March 7, 2014.  Michael Fujikawa, v. City of San Jose, et al. Superior Court (Santa Clara County) Case No. 1-12-CV-219612.

**Deposition:** March 11, 2014.  Gabino Rosales, et al., v. County of Los Angeles, et al.  USDC Case Nos. 2:12-cv-03852-SVW-AGR and 2:13.

**Depoisition:** March 12, 2014.  Jennifer Medina, et al, v County of San Diego et al.  USDC Case No. 08cv1395 AJB (RBB).

**Deposition:** March 13, 2014.  Charlene Nelson v. Riverside County, et al.  Superior Court (Riverside County) Case No. RIV 10011174.

**Deposition:** March 18, 2014.  Tushana Howard, et al, v. City of Los Angeles, et al.  USDC Case No. CV13-01847 SJO (JEMx).

**Deposition:** March 19, 2014.  Alexandra Black (Arsalai), et al. v. Alameda, County, et al. Superior Court (Alameda County) State of California Case No. RG 11565214 (SL).

**Deposition:** March 20, 2014.  Fiona Raygoza (Armenta) et al, v. City of Fresno, et al.  USDC Case No 1;13-CV-00322 LJO MJS.

**Deposition:** March 24, 2014.  Shakina Ortega, et al, v. City of San Diego, et al.  Case No. 13-CV-89-LAB (JMA).

**Trial:** March 26, 2014.  Michael Fujikawa, v. City of San Jose, et al.  Superior Court, State of California (Santa Clara County),  Case No. 1-12-CV-219612.

**Deposition.** March 27, 2014.  Kenneth McDade, et al, v. City of Pasadena, et al.  USDC Case No. 2:12CV02892 DMG JCG.

**Deposition.** March 31, 2014.  William F. Howard, et al., v. County of Riverside, et al. USDC Case No. CV 12-00700 VAP (Opx).

**Deposition.**  April 2, 2014.  Jimmy Osborne, v. Harris County Texas, Sgt. John Gable, et al., Case No. 4:13-CV-435.

**Deposition.**  April 4, 2014.  Jaime Cota, v. County of Kern, et al.  USDC Case No. 1:12-CV-01618-JLT.

**Deposition.**  April 8, 2014.  A.L.T., A Minor, et al., v. County of Riverside, Case No.: edcv 12-1765 TJH (Opx).

**Deposition:**  April 9, 2014.  William D. Caldwell v. County of Los Angeles, et al.  USDC Case No. CV 12-02138 BRO (JC).

**Deposition:**  April 10, 2014.  Chien Van Bui, et al, vs. City and County of San Francisco, et al.  USDC Case No. CV 11-04189 LB.

**Deposition:**  April 11, 2014.  Patrick Torres, v. City of Los Angeles, et al., Case No. CV-01200-MWF-JCG.

**Deposition:**  April 14, 2014.  Kathleen Ann Fowler, v. California Highway Patrol, el al., Case No. C 13-1025 THE.

**Deposition:**  April 16, 2014.  Junior Lagunas, et al., v. City of Anaheim, et al., USDC Cases No. SACV 13-00247 & SACV 13-01447 JLS (Anx).

**Trial:**  April 17, 2014.  Carol Krechman: et al. vs. County of Riverside: et al.  Case No. CV-10-08705 ODW.

**Deposition:**  April 18, 2014.  Akbar Amin-Akbari v. City of Austin et al., USDC (Western District of Texas) Civil Action No. 1:13-cv-00472-LY.

**Deposition:**  April 23, 2014.  Christopher J. Windsor, v. Chris Eaves, et al., Case No. 5:13-CV-00038.

**Trial:**  April 24, 2014.  Alexander Perez Alvarado, a minor, et al., v. The City of Santa Ana, et al., Case No. 8:12-CV-00328-UA.

**Depoition:**  April 29, 2014.  Michael Lobrono, et al. v. County of Los Angeles, et al.  USDC Case No. 13-03838 RGK (Ex).

**Deposition:**  April 30, 2014.  Audry Henry v. City of Los Angeles, cl al., Case No.: CV 13-03151 JAK (MWRx).

-13-

**Trial:** May 7, 2014.  Audry Henry v. City of Los Angeles, el al., Case No.: CV 13-03151 JAK (MWRx).

**Deposition:** May 12, 2014.  Chalino Sanchez v. County of Los Angeles, et al.  USDC Case No.: CV 13-03836.

**Deposition:** May 15, 2014.  Carlos Barba v. City of Santa Ana, et al.  Superior Court State of California (Orange County) Case No. 30-2013-00649819-CU-PO-CJC.

**Deposition:** May 19, 2014.  John Warner Stephens, v. County of San Diego, et al.  USDC Case No., 11cv2832 AJB (KSC).

**Trial:** May 22, 2014.  Nathaniel Marshall, v. County of Los Angeles, et al.  Superior Court (Los Angeles County) Case No.  BC430969.

**Trial:** May 27, 2014.  Kathleen Ann Fowler, v. California Highway Patrol, el al., Case No. C 13-1025 THE.

**Trial:** May 29, 2014. William D. Caldwell v. County of Los Angeles, et al.  USDC Case No. CV 12-02138 BRO (JC).

**Deposition:** May 29, 2014.  Estate of Hutalio Serrano-Granados, et al., v. City of Colton, et al, Case No.: EDCV 13-519 JAK(OPx).

**Deposition:** June 3, 2014.  I.R., et al. v. City of Fresno, et al., Case Nos.: 1:12-CV-00558-AWI (GSAx) and 1:13-CV-00850-LJO (BAMx).

**Trial.** June 5, 2014.  William F. Howard, et al., v. County of Riverside, et al.  USDC Case No. CV 12-00700 VAP (Opx).

**Trial.** June 12, 2014.  .Eduardo Enrique Alegrett, v. City and County of San Francisco, et al., USDC Case No. C12-5538 MEJ.

**Trial.** June 18, 2014.  Antonio Rendon, et al., v. City of Indio, et al., Case No.: CV 13-00667 VAP (Opx).

**Deposition.** June 30, 2014.  Larry and Pamela Olsen et al., v. California Department of Corrections, et al.  USDC Case 08 CV 2035 Jah BLM.

**Civil Service Commission Hearing:** July 7, 2014.  Regarding Deputy James Mee, Los Angeles County Sheriff's Department, IAB File 2291137.

**Trial:** July 14, 2014.  Chelsey Hayes, et al, v. County of San Diego, et al.  USDC Case No. 07-CV-1738 DMS (JMA).

**Deposition:** July 15, 2014.  Nichole Gochmanosky, Marie Weber and Ashley Wardle, v. City of San Diego, et al.  USDC Case No 12-CV-2944 L. NIS., and Kari Helstern, v. City of San Diego, et al.  USDC Case No 13-cv-0321 LAB (RRB).

**Trial:** July 17, 2014. 1213.  Servando G. Castaneda, et al v. County of Los Angeles, et al.  Superior Court, State of California (County of Los Angeles) Case No. BC511592.

**Deposition:** July 23, 2014.  Miguel A. Gonzales-Chavez, v. City of Bakersfield, et al., Case No.: 1:12-CV-02053-AWI-JLT

**Deposition:** July 24, 2014.  Maria Munoz, et al, v. County of Riverside, et al.  Superior Court, State of California (Riverside County), Case No RIC 1207941.

**Deposition:** August 6, 2014.  Carmen Ruvalcaba, v. City of Los Angeles, et al.  USDC Case No 12-CV-06683 DDP (MAN).

**Trial:** August 14, 2014.  Maria Munoz, et al, v. County of Riverside, et al.  Superior Court, State of California (Riverside County), Case No RIC 1207941.

**Deposition:** August 15, 2014.  Precious Venable v. City of Milwaukee, et al., USDC Case No. 13-cv-1114; Joe Bohannon v. City of Milwaukee, et al., USDC Case No. 13-cv-1224; Angus Wright v. City of Milwaukee, et al., USDC Case No. 13; Chavies Hoskin v. City of Milwaukee, et al.  USDC Case No. 13-cv-0920.

**Deposition:** August 24, 2014.  Merricks Prudhomme, v. City of Orange, et al.  Superior Court (Orange County) Case No. 30-2013 00654570.

**Deposition:** August 27, 2014.  Carlos Sierra v. County of Los Angeles, et al.  Superior Court Case No. BC 477258.

**Deposition:** August 29, 2014.  Robert Tidwell v City of Round Rock, et al., USDC (Texas) Case No.: 1:13.

**Trial:** September 9, 2014.  Antione Leron Willis, v. Joseph Wagner, et al.  USDC (Illinois) Case No. 08 CV 01964.

**Deposition:** September 12, 2014,  Elizabeth Adam & Robert Chester Henning, v. County of Los Angeles, et al.  USDC Case No. CV 13-1156 GW (JCGx).

**Deposition:** September 14, 2014.  Daniel Johnson, v. County of Los Angeles, et al.  USDC Case No. CV14-00368 SVW (Jex).

**Trial:** September 17, 2014.  Maxine Sherard v. City of San Diego, et al.  USDC Case No. 11cv2854-L (MDD).

**Deposition:** September 26, 2014.  Joseph Lozano v. City of Rialto, et al.  USDC Case No. EDCV 13-1636 GHK.

**Trial:** October 6, 2014.  Scirocco Giles, v. Nicholas Ludwig, et al., USDC (Chicago) Case No. 12 C 6746.

**Deposition:** October 14, 2014.  Geoffrey Ernest Johnson, v. County of Los Angeles, et al.  USDC Case No. CV-13-4496 MMM (AJWx).

**Deposition:** October 16, 2014.  The Estate of Angel Lopez, et al., v. City of San Diego, et al.  Case No.: 13CV2240 GPC BGS.

**Deposition:** October 21, 2014.  Shirar et al, v. CHP Officer Miguel Guerrero, et al,   USDC Case No. EDCV 13 - 0906 JGB (Opx).

**Deposition:** October 27, 2014.  R.Z., a minor (Zermeno), et al., v. County of Riverside, et al., Case No.: EDCV 13-01251 FMO (DTBx).

**Trial:** October 30, 2014.  Chandler Todd Barr v. The City of Albuquerque, et al. USDC Case No. CIV 12-1109 GBW-RHS.

**Deposition:** November 7, 2014.  Brejanea Burley, et al., v. County of Los Angeles, et al. Superior Court, (Los Angeles County) Case No. TC027341.

**Deposition:** November 12, 2014.  Michael Huey, et al, v. City of Vallejo, et al.  USDC Case No. 2:13-CV-00916. JAM KJN.

**Trial:** November 13, 2014.  Barbara Padilla, et al., v. City of Anaheim, et al., Case No. SACV12-622 JVS (JPRx).

**Deposition:** November 14, 2014.  Frank Martinez v. County of Los Angeles et al. USDC Case No. CV 13-3825 CAS (JCGx).

**Deposition:** November 17, 2014.  Randy Lynn v. City of Indianapolis, et al., Case No. 1:13-CV-00179-JMS-TAB.

**Deposition:** November 19, 2014.  Sandra Blount, aka, Sandra Castro, v. City of Los Angeles, et al., Case No.: CV13-08672DDP.

**Deposition:** November 20, 2014.  Harrison Orr, v. California Highway Patrol, el al., Case No. 2:14-cv-00585-WBS-EFB.

**Deposition:** November 25, 2014.  James Ligon, v. CHP Officer Joe Lafauci, et al.  USDC Case No.  Cv 13-02875 (RMW).

**Trial:** December 1, 2014.  Brejanea Burley, et al., v. County of Los Angeles, et al.  Superior Court, (Los Angeles County) Case No. TC027341.

**Deposition:** December 2, 2014.  K.C.R. (Rivera) a minor, et al, v. County of Los Angeles, et al. USDC Case No. CV 13-03806 PSG (Ssx).

**Deposition:** December 4, 2014.  Andre Little, an Individual, v. City of Richmond, et al., Case No: CV-1302067-JSC.

**Trial:** December 9, 2014.  Lee Lacy, v. Sergeant Elizabeth Palmer, et al., Case No. 12-CV-00624-MMA-JMS.

**Deposition:** December 12, 2014.  Esperanza Booke, et al, v. City of Stanger, et al., Case No.: 1:13-cv-00586-AWISAB.

**Deposition:** December 17, 2014.  Donald Geary, v. County of Orange, et al.  USDC Case No. SACV09-01386 JVS (Anx).

**Trial:** December 29, 2014.  People v. Lorenzo Gomez, San Bernardino County Case No. FSB 1200922.

**Deposition:** January 7, 2015.  Michael Wann, et al., v County of San Bernardino, et al, Case No.: EDCV13-1422, JGB (DTBx).

**Trial:** January 14, 2015.  People v. Luis Alberto Torres, Superior Court, State of California (San Mateo County), Case No. SM 386562.

**Deposition:** January 16, 2015. Shawn Tulcey, an Individual, v. County of Los Angeles, et al. Case No. CV13-3773 BRO (FFM).

**Trial:** January 23, 2015.  Patrick Torres, v. City of Los Angeles, et al., Case No. CV-01200-MWF-JCG.

**Deposition:** January 26, 2015.  Bennie Starks, v. City of Waukegan, et al. USDC Case No. 09 CV 348.

**Trial:** January 28, 2015 & January 29, 2015.  Andre Little, an Individual, v. City of Richmond, et al., Case No: CV-1302067-JSC.

**Trial:** February 11, 2015.  Miguel A. Gonzales-Chavez, v. City of Bakersfield, et al., Case No.: 1:12-CV-02053-AWI-JLT.

**Deposition:** February 18, 2015.  Rafael Garcia Miranda and Olga Martha Garcia, v. City of Anaheim, et al.  USDC Case No. SACV 13-01826.

**Deposition:** February 20, 2015.  Jackaline Ann Gaston, et al v. County of San Bernardino et al.  Case  No.: 5:14-cv-00403-VAP-DTB.

**Trial:** February 26, 2015.  1282. People v. Jordan Hughes.  Superior Court, State of California (Solano County), Case No. FCR285903.

**Deposition:** March 5, 2015.  Guillermo Alarcon, v. City of Los Angeles, et al.  USDC Case CV09-04210 CBM (FFMx).

**Deposition:** March 9, 2015.  Eder Herrera v. City of, Brea, et al.  USDC Case No. SACV 12-1650, SS.

**Deposition**: March 10, 2015.  Christian Payan v. County of Los Angeles, et al. Case No. 2:14 CV-07360-SVW-JEM.

**Trial:** March 11, 2015.  Superior Court,  State of California, (San Francisco City and County).  People v Ray Jones, Case No. SCN 223374, Court No. 14030794.

**Deposition:** March 12, 2015.  Sara Valtierra, and Javier Arrazola, v. City of Los Angeles, et al.  USDC Case No. CV 13-07562-CAS (Ex).

**Deposition:** March 13, 2015.  Nagy Salib v. City of Riverside, et al.  USDC Case No. EDCV 13-1682-MWF (Opx).

**Trial:** March 17, 2015.  Shawn Tulcey, an Individual, v. County of Los Angeles, et al.  Case No. CV13-3773 BRO (FFM).

**Trial:** March 18, 2015.  Christian Payan v. County of Los Angeles, et al. Case No. 2:14 CV-07360-SVW-JEM.

**Trial:** March 19, 2015.  Anita Doporto v. City of Tulare, et al., USDC Case No. EDCV 1:13-cv-00898 LJO SKO.

**Trial** (retrial)**:** March 26 & 27, 2015.  Andre Little, an Individual, v. City of Richmond, et al., Case No: CV-1302067-JSC.

**Deposition:**  April 1, 2015.  Brian Reed, et al., v. City of Modesto, et al.  USDC Case No. 1:11-CV-01083-GSA.

**Deposition**.  April 9, 2015.  Denise Green, v. City and County of San Francisco, et al.  USDC Case No. C10-2649 RS.

**Deposition.**  April 10 &11, 2015.  Jose Henriquez, e al, v. City of Bell, et al.  USDC Case No. 2:14-cv-196  GW (Ssx).

**Deposition**.  April 10, 2015.  Rafael Gonzalez, et al, v. City of Anaheim, et al.  Case No. CV10-4660 USDCPA (Shx).

**Deposition.**  April 14, 2015.  Jose Gutierrez, v. United States Customs and Border Protection, USDC Case No. 2:13-CV-00585 DGC.

**Trial.**  April 16, 2015.  Nagy Salib, v. City of Riverside, et al.  Case No. EDCV 13-1682  MWF (OPX)**.**

**Trial**.  April 15 and 17, 2015.  Jim Maxwell et al. v. San Diego County, et al.  USDC Case No. 07-cv-2385 JAH (Wmc).

**Trial.**  April 20 & 21, 2015.  Naji Muhammad (Jackson), et al., v. Frank Pawlowski, et al.  USDC (Pennsylvania) Case No. 2:11.

**Deposition.**  April 22, 2015.  Robert J. Reese, Jr. v. County of Sacramento, et al., Case No. 2:13-cv-00559 JAM DAD.

**Deposition**.  April 24, 2015.  Guillermo Ramirez, et al. v. City of Oxnard, et al., USDC Case No.: CV 13-01615 MWF AN.

**Deposition**.  April 28, 2015.  Idalia J. Morgutia-Johnson,  v. City of Fresno, et al.  USDC Case No. 1:14-CV-000127 LJO-SKO.

**Trial.**  April 29, 2015.  Sara Valtierra, and Javier Arrazola, v. City of Los Angeles, et al.  USDC Case No. CV 13-07562-CAS (Ex).

**Trial.**  May 6 & 7, 2015.  Brian Reed, et al., v. City of Modesto, et al.  USDC Case No. 1:11-CV-01083-GSA.

**Deposition.** May 11, 2015.  Carey Woodcock, et al. v. City of Bowling Green, Kentucky, et al. USDC Case No. 1-13-CV-00124-JHM.

**Deposition.** May 18, 2015.  Kimberly Deen, et al, v. City of Redding, et al.  USDC Case No. 2:13-CV-01569 KJM-CMK.

**Trial.** May 20, 2015.  John Warner Stephens, v. County of San Diego, et al.  USDC Case No., 11cv2832 AJB (KSC).

**Deposition:** May 26, 2015.  Joshua Chavez v. City of Hayward et al., Case No.:C-14-00470 DMR ADR.

**Deposition:** May 27, 2015.  Edward Monroe, v. City of Richmond, et al., Case No.: 3:14 CV 00795 WHO.

**Trial:** May 28, 2015.  Merricks Prudhomme, v. City of Orange, et al.  Superior Court (Orange County) Case No. 30-2013 00654570.

**Deposition:** May 29, 2015.  Jonathan Meister, v. City of Hawthorne, et al. USDC C.D. Cal. Case No. CV 14-1096-MWF (SHx).

**Deposition:** June 1, 2015.  Cash Jerome Ferguson-Cassidy, v. City of Los Angeles, et al., USDC Case No. CV14-06768 SVW (JPRx).

**Trial**: June 8, 2015  Harrison Orr, v. California Highway Patrol, el al., Case No. 2:14-cv-00585-WBS-EFB.

**Trial:** June 11, 2015.  Idalia J. Morgutia-Johnson,  v. City of Fresno, et al.  USDC Case No. 1:14-CV-000127 LJO-SKO.

**Deposition:** June 15, 2015.  Juan Herrera, v. City of Los Angeles, et al.  USDC Case No. 2:13-cv-08831-ABC AS.

**Trial:** June 23, 2015.  Guillermo Ramirez, et al. v. City of Oxnard, et al., USDC Case No.: CV 13-01615 MWF AN.

**Deposition**: June 26, 2015.  C.E.W. a minor, et al., v City of Hayward, et al., Case No.: C 13-04516 LB.

**Trial:** July 1 & 2, 2015.  Juan Herrera, v. City of Los Angeles, et al.  USDC Case No. 2:13-cv-08831-ABC AS.

**Deposition:** July 10, 2015.  Perla Carr, v. Montgomery County, Texas, et al., Case No.: 4:13-cv-2795.

**Deposition:** July 13, 2015.  Stephanie Bruno, et al, v. Donald Hubbard, et al., Circuit Court, Jackson County (Missouri), Case No. 1416-CV 18501.

**Deposition:** July 16, 2015.  Donna Lancaster, v. Kansas City Board of Police Commissioners, et al., Case No.:4:14-cv-00171-SOW.

**Deposition:** July 23, 2015.  Sharam Borjkhani, et al. v. CHP, et al.  Superior Court, State of California (Los Angeles County).  Case No.  BC487580.

**Deposition:** July 27, 2015.  Michael Fulton v. Brian Thayer, et al., Case No.: CV10-00137-JCG.

**Deposition:** July 29, 2015.  Orly Vered, et al., v County of Los Angeles, et al., Case No.: CV14-9559 MWF (MANx).

**Trial:**  August 6, 2015  Oscar Morales v. City of Los Angeles, et al.  USDC Case No. CV 11-04757 SVW (Shx).

**Deposition.**  August 11, 2015  Kimberly Mitchell, et al, v. Muhlenberg Community Hospital, et al.  Muhlenberg Circuit Court, Commonwealth of Kentucky Case No. 12

**Deposition:**  August 12, 2015.  Russell Martinez v. Joseph Salazar, et al., D.N.M. Case No. 14-cv-00534 KG/WPL.

**Deposition**.  August 17, 2015.  Dr. Gary D. Frakes, v. Sergeant William R. (Billy) Masden and Captain Dustin Ott. USDC (Texas) Case No. 4:14-cv-1753.

**Deposition.**  August 20, 2015.  Emmanuel Bracy, v. City of Los Angeles, et al.  Case No. C13-09350 (JC).

**Deposition.**  August 24, 2015.  Porfirio Santos-Lopez, an Individual v. City of Long Beach et al., Case No.: CV14-05781-FMO-AS.

**Deposition:**  August 26, 2015.  Aaron Vincent Arde Catacutan, v. City of San Jose, et al.  Superior Court, State of California (Santa Clara County) Case No. 113 CV 254501.

**Deposition:**  August 31, 2015.  Sammy Sanchez, et al v. City of Tucson, et al.  USDC Case No. 72-1576857.

**Trial:**  September 8, 2015.  Cash Jerome Ferguson-Cassidy, v. City of Los Angeles, et al., USDC Case No. CV14-06768 SVW (JPRx).

**Deposition:**  September 10, 2015.  Juventino Rodarte, v. Alameda County, et al.  USDC Case No. 4:14-cv-00468-KAW.

**Deposition:**  October 2, 2015.  Brennan Colbert, v. County of Kern, et al., Case No.: 1:13-cv-01589-JLT.

**Trial:**  October 7, 2015.  Michael Fulton v. Brian Thayer, et al., Case No.: CV10-00137-JCG.

**Trial:**  October 16, 2015.  Kristy Beets, et al, v. County of Los Angeles, et al.  Superior Court, State of California (County of Los Angeles) Case No. KC 057667.

**Trial:**  October 19, 2015 & October 20, 2015.  Christopher J. Windsor, v. Chris Eaves, et al., Case No. 5:13-CV-00038.

**Deposition:**  October 27, 2015.  Francisco Arrieta, et al., v. County of Kern, et al., Case No.:1:14-CV-00401-LJO-JLT.

**Deposition:**  October 28, 2015.  Lorenzo Adamson, an individual, v. City of San Francisco, et al., Case No.: 4:13-cv-05233-DMR.

**Trial.**  October 29, 2015.  Robert J. Reese, Jr. v. County of Sacramento, et al., Case No. 2:13-cv-00559 JAM DAD.

**Trial.**  November 3, 2015.  Lance Ricotta, v. City of Imperial, Ca, et al., Case No.: 13CV1454 DMS WVG.

**Deposition.**  November 9, 2015.  Dorothy Jean Sams, et al, v. City of Los Angeles, et al, Superior Court (Los Angeles County) Case No. BC537879.

**Trial**.  November 10 & 11, 2015.  People v. Former Webster Police Officer D. Bassett. 339th District Court, Harris County, Texas, Cause No. 1411316.

**Trial**.  November 12, 2015.  People v. Marcus Stewart, Superior Court (Santa Clara County), State of California Case No. C1370824.

**Trial**.  November 13, 2015.  Lorenzo Adamson, an individual, v. City of San Francisco, et al., Case No.: 4:13-cv-05233-DMR.

**Deposition:**  November 18, 2015.  Miguela Nuila, v. City of Los Angeles, e al.  USDC Case No. CASE NO. CV 14-9160 DDP (PJWx).

**Deposition:** November 18, 2015.  Damion Russell et al., v. City of Los Angeles, et al., Case No.: CV-14-09433-JFW (Ex).

**Deposition:** November 20, 2015.  Raymond Newberry et al. v. County of San Bernardino, ED-CV14-02298 JGB (SPx)

**Deposition:** November 23, 2015.  Robert Barron, v. City of Redding, et al., USDC Case No.: 2-14-CV-01107 MCE-CMK.

**Deposition:** December 2, 2015.  Sukhwinder Kaur, et al, v. City of Lodi, et al.  USDC Case No. 2:14-cv-00828 GEB-AC.

**Deposition:** December 3, 2015.  Isaiah Salvadore Zepeda, te al, v, County of Los Angeles, et al. Superior Court (Los Angeles County) Case No. BC450200.

**Grand Jury Testimony:** December 7, 2015.  People v. Officer Timothy Loehman and Officer Fran Garmback, Cuyahoga County (Ohio) Grand Jury. [Civil Case No: 14 Civ. 02670.]

**Trial:** December 9 & 10, 2015.  Superior Court, State of California (Los Angeles County), People v. Ugene Park & Sarah DeLeon, Case No. 5SY03653, DR No. 15-1087.

**Trial:** December 15, 2015.  Alejandra Ruiz, et al., v. City of Medford, et al.  Circuit Court, State of Oregon (Jackson County), Case No. 13CV07663.

**Trial:** December 17, 2015.  Isaiah Salvadore Zepeda, et al, v, County of Los Angeles, et al. Superior Court (Los Angeles County) Case No. BC450200.

**Deposition:** December 22, 2015.  Jordan Edward Branscum, v. San Ramon Police Department, et at. Case No. Case No.: C11-04137 LB.

**Deposition**: December 28, 2015.  Susan Rush, v. City of Santa Monica, et al.  USDC Case No. BC568815.

**Preliminary Hearing & Motion to Suppress:** January 5, 2016.  People v. Gregory Williams, Superior Court, State of California (Solano County), Case No. VCR223119.

**Preliminary Hearing & Motion to Suppress:** January 5, 2016.  People v. Gregory Williams, Superior Court, State of California (Solano County), Case No. VCR223119.

**Deposition:** January 8, 2016.  Doris Ray Knox v. City of Fresno, et al.  USDC Case No. 1:14–CV–00799 EPG.

**Deposition:** January 11, 2016. Refugio Nieto, et al., v. City and County of San Francisco, et al., Case No.: C14-03823-NC.

**Deposition:** January 12, 2016. Garry Bradley, v. County of Los Angeles, et al. Superior Court, State of California (Los Angeles County), Case No. BC473200.

**Deposition:** January 13, 2016. Jesse Trevino, v. Bakersfield Police Department, et al., Case No. 1:14-CV-01873 JLT.

**Deposition:** January 21, 2016. Richard A. Collender, et al., v. City of Brea, et al. USDC Case No. SACV 11000530 AIJ-MLGx.

**Deposition:** January 26, 2016. The Estate of Cecil Elkins, Jr., et al., v. California Highway Patrol, et al., Case No.: 1:13-CV-01483-AWI-SAB.

**Trial:** February 2 and 3, 2016. Dorothy Jean Sams, et al, v. City of Los Angeles, et al. Superior Court, State of California (Los Angeles County), Case No. BC537879

**Deposition:** February 4, 2016. Rayven Vinson, et al, v. City of Los Angeles, et al. USDC Case No.: CV 14-4488-PLA.

**Deposition:** February 10, 2016. V.W., a minor, et al., v. Robert Nichelini, et al., Case No.: 2:12-CV-01629-LKK-AC.

**Deposition:** February 12, 2016. Maria Del Carmen Rivas, et al., v. City of Los Angeles, et al., Case No.:2:15-CV-000456-JFW-JEM.

**Trial:** February 19, 2016. Esperanza Booke, et al, v. City of Sanger, et al., Case No.: 1:13-cv-00586-AWISAB.

**Deposition**: February 22, 2016. Fernando Del Castillo, et al., v. City of Tempe, et al., Case No.: CV-214-1945-PHX-DLR.

**Deposition:** February 29, 2016. J.A.L., a Minor, et al, v. Mike Santo, et al. USDC Case No.: CV-15-00355.

**Trial:** March 2, 2016. Richard A. Collender, et al., v. City of Brea, et al. USDC Case No. SACV 11000530 AIJ-MLGx.

**Deposition:** March 3, 2016. Michael A. Storms, v. City of Clarkston, et al., Case No.: 2:14 CV 000254 TOR.

-24-

**Trial:** March 7, 2016.  Refugio Nieto, et al., v. City and County of San Francisco, et al., Case No.: C14-03823-NC.

**Deposition:** March 15, 2016.  J.J.D. v. City of Torrance, et at.  USDC Case No. CV14-07463-BRO-MRW.

**Trial:** March 17, 2016,  People v. Mark Cappello, Superior Court, State of California (Sonoma County).  Case No. SCR-630974.

**Deposition:** March 23, 2016.  Ioana Aronovici, v. City of Anaheim, et al., Orange County Superior Court Case No. 30-2014-00762502 CU-PA-CJC.

**Deposition:** March 25, 2016.  Reynalda Molina, et al, v. City of Visalia, et al.  CASE NO. 1:13-CV-01991-LJO-SAB.

**Deposition:** April 4, 2016.  Ayounna McClinton (Estate of Duane Strong), v. City of Tallahassee, et al., Case No.: 4:15-CV-278-RH/CAS.

**Trial:** April 1 & 5, 2016.  K.C.R. (Rivera) a minor, et al, v. County of Los Angeles, et al. USDC Case No. CV 13-03806 PSG (SSx).

**Trial:** April 5, 2016.  J.J.D. (Dolak) v. City of Torrance, et al.  USDC Case No. CV14-07463 BRO-MRW.

**Trial**: April 6, 2016. Garry Bradley, v. County of Los Angeles, et al.  Superior Court, State of California (Los Angeles County) Case No. BC473200.

**Trial:** April 12, 2016.  Jesse Michael Espinoza, v. City of Mesa, et al.  USDC (Arizona) Case No. CV2013-092842.

**Deposition:** April 18, 2016.  Stephen McCollum et al., v. Texas Department of Criminal Justice, et al.  Case No.3:12-CV-02037.

**Deposition:** April 27, 2016.  Tan Lam v. City of Los Banos, et al.  Case No. 2:15-cv-00531 MCE, KJN

**Deposition:** May 2, 2016.  Edsell Ford, et al. v City of Los Angeles, et al.  USDC Case No. CV14-7268 JFW - MAN.

**Deposition:** May 4, 2016.  Susan Mellen, et al. v. City of Los Angeles, et al., Case No. CV15-03006 GW (AJWx).

**Deposition:** May 10, 2016.  Dennis Mitchell Mueller, v. Deputy Manuel Cruz, County of Orange, et al.  USDC Case No. CV 13-01274 CJC (JCGx).

**Deposition:** May 13, 2016.  Robert Jackson III, v. County of San Bernardino, et al.  USDC Case No. EDCV 13-01650-JGB (DTBx).

**Trial:** May 17, 2016.  Gordon v. Harris County et al.,USDC Case No. 4:14-cv-03463, S.D. of Texas (Houston).

**Deposition:** May 27, 2016.  Oscar Ramirez, Sr. v. County of Los Angeles; Bryan Moreno, et. al.U.S. District Court Case No.: CV 15-03062 AB (PLAx).

**Deposition:** June 6, 2016.  Brett Lewis, v. Café Club Fais Do Do, et al., Superior Court, State of California  (Los Angeles County), Case No. BC 468234.

**Trial:** June 13, 2016.  Rayven Vinson, et al, v. City of Los Angeles, et al. USDC Case No.: CV 14-4488-PLA.

**Deposition:** June 14, 2016.  Edin S. Castellanos, v. State of California, et al., Case No.: 4:15-cv-00272-JSW.

**Deposition:** June 20, 2016.  Lance McClain, et al, v. City of Eureka, et al. Case No. 3:15-cv-02070 WHO.

**Deposition:** June 21, 2016.  Moises Palacios, Victoria et al., v. City of Los Angeles, et al., Case No.: 14-cv-09639-MJF (AJWx).

**Trial:** June 24, 2016.  Brett Lewis, v. Café Club Fais Do Do, et al., Superior Court, State of California  (Los Angeles County), Case No. BC 468234.

ROGER A. CLARK

*10207 Molino Road • Santee CA 92071 • Telephone: (208) 351-2458.  Fax: (619) 258-0045.*

EXPERIENCE

**Police Procedures Consultant (self employed)**
April 1, 1993 to Present................................................................ **23 years**

I have been certified by Federal and State courts as expert in jail and police procedures in Federal and State Courts.  I select my cases carefully and have consulted in approximately 1450 cases thus far since my retirement from the Los Angeles County Sheriff's Department.

**Substitute Teacher, Madison School District**
August 1994 to 2003....................................................... **9 years**

I substitute teach at all levels in the school district (elementary to high school).  As a volunteer, I wrote and managed a $85,000.00 federal grant for our Central High School.  This grant is in its sixth year and has generated $510,000.00 for the school.

**District Liaison, State of Idaho Department of Juvenile Corrections**
August 1, 1995 to March 1, 1997.........................................**1 year, 7 months**

I represented the new Department of Juvenile Corrections to the ten counties in the Seventh Judicial District.  As such, I worked closely with Probation Officers, County Commissioners, Judges, other state agencies, private care providers, etc. in the implementation of the new Idaho Juvenile Corrections Act of 1995.  I wrote or participated in the writing of several federal grants for the District.  I conducted training - both formal and informal - and developed a series of new therapy programs for juveniles with private care providers.  I also served as the Director of the Detention Center and the State Placement Coordinator during this time.

-1-

**Los Angeles County Sheriff's Department**
December 1, 1965 to March 31, 1993................................**27 years 4 months**

**Note:** In 1993 the Los Angeles County Sheriff's Department had 7,000 sworn and 3,000 civilian personnel and a daily County Jail inmate population of 23,000.

**Service as a Lieutenant (15 Years, 0 Months):**

**1.  Field Operations Region I
     NORSAT**                       11/15/87 to 3/31/93   **64 months**

I commanded a specialized unit created to investigate, locate, observe and arrest major (career) criminal offenders.  This unit was designed as a multijurisdictional effort for the cities in the northern region of Los Angeles County.  The command consisted of four (4) Sergeants, seventeen (17) Deputies, four (4) Police Officers, twenty five (25) Reserves, and three (3) civilian employees.  The 1992 budget set at $1.5 million.  The arrest rate averaged 500 career criminal arrests per year with a 97% conviction rate and no shots fired (on either side) for 61 consecutive months.

Significant contributions while assigned at this Bureau were:

- Increase in participating police agencies.
- Direct participation with corporate (private) agencies.
- Formation of a reserve and volunteer unit.
- Establishment of NORSAT Foundation private funding.
- Computerization of the unit.
- Promotion of fourteen personnel.
- Fleet expansion from 13 to 28 vehicles (donated).
- Formation of the DEA Valley Task Force.
- Field Operations Directive 89-3.

**2.     Executive Offices
        Reserve Forces Bureau**     05/01/84 to 11/15/87   **42 months**

I was the administrative officer to a specialized bureau responsible for coordinating the activities of 1,000 sworn reserve personnel, 900 civilian

-2-

volunteers, and 450 law enforcement explorer scouts.  The Bureau identifies programs for their effective utilization throughout the Department; develops and tracks training programs; sponsors activities designed to promote growth and keep morale at high levels.

Significant contributions while assigned at this bureau are:

- Total restructure of the Academy training process for reserve Deputies.
- Implementation of upgrade programs to move lower level reserves to level I status.
- Departmental Reserve Certification procedures.
- Annual leadership seminar.
- The Reserve News, a nationally recognized police magazine.
- Computerization of the Bureau.


3.  **Field Operations Region I**
    **Crescenta Valley Station**     04/01/80 to 05/01/84  **49 months**

Crescenta Valley Station is a full service police facility of 100 personnel serving a population of 50,000 (including the Contract City of La Canada-Flintridge) and a total area of 250 square miles. During my four years service at this facility I served in every management role:

- **Nine months** as the Station Commander during an extended absence by the Captain (08/01/83 TO 05/01/84).
- **Sixteen months** as the Operations Lieutenant (03/01/82 TO 08/01/83).
- **Twelve months** as the station Detective Bureau Commander (03/01/81 to 01/01/82).
- **Twelve months** as a Watch Commander (04/01/80 to 03/01/81).

Significant contributions while assigned at this command are:

- Negotiation of an enhanced city contract (at a savings to the City).
- Formation of a volunteer community support group.
- Development and implementation of an integrated community emergency response plan.
- High School undercover narcotics operation.
- Restructure of the Station Detective Bureau.
- The annual station picnic, which was effective in boosting station morale.

-3-

**4.    Custody Division**
       **Central Jail**           04/01/78 to 04/01/80  **24 months**

The Los Angeles County Central Jail is the largest jail facility in the State of California, with a daily inmate population of seven thousand (7,000), an assigned staff of six hundred (600), and two hundred (200) civilian personnel. My service at this command was equally divided into two major assignments:

- Training and Logistics Lieutenant (04/01/79 to 04/01/80).
- Watch Commander (04/01/78 to 04/01/79).

Significant contributions while assigned at this command are:

- "Hot Fire" Training program, which is now a State (POST) mandated training module for all custody personnel throughout California.
- The "Defend in Place" fire safety operational plan for jail facilities.
- New fire safety specifications for jail bedding and mattresses.
- The development of fire safe jail mattress material.
- The development of a facility emergency response plan.
- The computerization of training, timekeeping, and scheduling for the facility (800 sworn and 200 civilian personnel).
- "Spouse day at CJ"--A program for spouses of employees.

**Service as a Sergeant (6 Years, 4 Months):**

**5.    Administrative Division**
       **Federal Surplus Property**   01/12/76 to 04/01/78  **27 months**

This program was entirely my idea and developed while I was assigned at my previous assignment (Emergency Operations Bureau). The unit provides millions of dollars in free federal excess and surplus food and property from clothing to heavy equipment and aircraft to the department each year. I am very proud of this contribution to the Department.

**6.    Patrol Division**
       **Emergency Operations**   02/01/74 to 01/12/76  **23 months**

I was among the original personnel that formed this unit which blended the activities of the Department's planning    unit with emergency operations planning and preparation. I was assigned as the Personnel and Logistics Sergeant.

Significant contributions while assigned at this command are:

- Formation of a new County Emergency Operations Center.
- Participation in the 1974 Federal earthquake studies of Los Angeles County.
- Development of the Department's specialized Field Command Post equipment.
- Development of the Department's Field Booking Team.

7. **Patrol Division**
   **Civil Defense Bureau**     12/01/73 to 02/01/74  **02 months**

I was assigned to this unit to facilitate the orderly transition into the new Emergency Operations Bureau.

8. **Patrol Division**
   **San Dimas Station**     12/12/72 to 12/01/73  **12 months**

I performed all the duties of a Watch and Patrol Sergeant. I also frequently served as the Watch Commander.

9. **Technical Serviced Division**
   **Communications Bureau**     12/01/71 to 12/12/72  **12 months**

I served as the Watch Commander in The Sheriff's Department's old radio room located at the Hall of Justice, and assisted in the transition to the existing communications facility.

**Service as a Deputy (6 Years, 0 Months):**

10. **Patrol Division**
    **San Dimas Station**
    **Detective Bureau**     01/01/70 to 12/01/71  **23 months**

I served as a Station Detective assigned to the evening watch. I handled the first response to all crimes requiring investigations. I processed all evening juvenile matters, prepared criminal complaints and juvenile petitions.

-5-

11. **Patrol Division**
    **San Dimas Station Patrol**   01/29/68 to 01/01/70  **24 months**

I performed all duties assigned to Station Patrol:  Jailer, Desk, Watch Deputy, Patrol, and Traffic.

12. **Technical Services Division**
    **Transportation Bureau**   11/01/67 to 01/29/68  **02 months**

I was temporarily assigned to the Beverly Hills Municipal Court pending my assignment to a Patrol Station.

13. **Custody Division**
    **Central Jail**   05/06/66 to 11/01/67  **18 months**

I returned to my previous assignment at the Central Jail after graduation from the Academy.  I performed all aspects of a Custody Deputy i.e. Module Officer, Prowler, Control Booth, High Power, etc.

14. **Administrative Division**
    **Academy**   01/17/66 to 05/06/66  **04 months**

I was a Sheriff's trainee assigned to Class #110.

15. **Custody Division**
    **Central Jail**   12/01/65 to 01/17/66  **01 month**

I was a pre-academy Custody Deputy assigned to the Central Jail as an "off the street" Deputy Sheriff.

## DEGREES AND CERTIFICATION

| | | |
|---|---|---|
| P.O.S.T. Command College (Class #5) | POST | 1988 |
| Management Certification | POST | 1980 |
| Advanced Certification | POST | 1975 |
| Associate of Science Degree | Chaffey College | 1971 |